**810**

Naketia F. WILSON, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 81393.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 25, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 16, 2003.

Scott Thompson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. & Patrick T. Morgan, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Movant, Naketia Wilson, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. The trial court's findings of fact are not clearly erroneous; no error of law appears. An opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).